# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00384-CV**
_____


**IN RE NORTH HOUSTON POLE LINE, L.P. AND RYAN JAMES NOLAN**


**Original Proceeding**
**58th District Court of Jefferson County, Texas**
**Trial Cause No. A-202961**


**ORDER**

Relators, North Houston Pole Line, L.P. and Ryan James Nolan, filed a petition for writ of mandamus. The relators are defendants in Cause Number A-202961, *Megan Amber Martinez v. North Houston Pole Line, L.P. and Ryan James Nolan*. Relators seek a writ compelling the Honorable Kent Walston, Judge of the 58th District Court, to vacate the trial court's August 8, 2019 order striking Relators' expert witness and data obtained from a vehicle involved in the motor vehicle

collision that is the subject of this suit, to vacate the trial court's September 24, 2019 order denying Relators' Motion to Compel a Re-Download, and to issue an order compelling a re-download of the data from the motor vehicle. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221.

Relators request that all proceedings in the trial court be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED all further proceedings in Cause Number A-202961 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, Megan Amber Martinez, is due November 14, 2019.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED November 4, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.

2